No. 248. SARAH A. WHITTEMORE *v.* MAUD B. CRAWFORD. Error to the Court of Appeals of the District of Columbia. October 7, 1920. Dismissed per stipulation. *Mr. L. A. Bailey* and *Mr. J. William Shea* for plaintiff in error. *Mr. Thomas M. Baker* for defendant in error.

No. 42. PETER L. WHEELER ET AL., AS TRUSTEES, ETC. *v.* CITY OF OAKLAND. Error to the District Court of Appeals in and for the First Appellate District of the State of California. October 7, 1920. Dismissed with costs, on motion of counsel for plaintiffs in error. *Mr. Garret W. McEnerney, Mr. William H. Orrick* and *Mr. William B. Bosley* for plaintiffs in error. No appearance for defendant in error.

No. 208. UNITED STATES *v.* DIMITRIOS J. THEOPHILATOS ET AL. Error to the District Court of the United States for the Southern District of New York. October 11, 1920. Dismissed, on motion of *The Solicitor General* for the United States. *Mr. William Harmon Black* and *Mr. William W. Spalding* for defendants in error.